IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR141** |
| vs. | ) | |
| | ) | **ORDER** |
| **JANE A. BURCHETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [#11]. Defendant's waiver of speedy trial is attached to her motion. For good cause shown, and upon the representation that there is no objection, the court finds that an extension of time should be granted, in part.

**IT IS ORDERED:**

    1.    Defendant's motion for extension of time [#11] is granted, in part. Defendant is given until **June 24, 2005** to file pretrial motions.

    2.    The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **June 7, 2005 and June 24, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that defense counsel requires additional time to adequately prepare the case and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    **DATED: June 7, 2005.**

                                                   **BY THE COURT:**

                                                   **s/ F.A. Gossett**
                                                   **United States Magistrate Judge**