PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.   Docket # 8:05CR141

Jane Burchett

---

On November 21, 2005, Jane Burchett was sentenced three (3) years probation. The period of probation commenced on November 21, 2005. Jane Burchett has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Jane Burchett be discharged from supervision.

Respectfully submitted,

John A. Hill, Supervising  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 27th day of February, 2007.

The Honorable Laurie Smith Camp  
United States District Judge